IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

vs. Cr. No. 26-20114-TLP

DARRELL OWENS,

Defendant.

**DEFENDANT'S MOTION TO DISMISS FOR VIOLATION OF SPEEDY TRIAL ACT**

COMES NOW, Darrell Owens, by and through his appointed counsel of record, Jessica J. Cotton, pursuant to Fed. Rule Crim. P. 12(b)(3)(A)(iii), and for his Motion to Dismiss for Violation of Speedy Trial Act, states as follows:

1. The Speedy Trial Act provides that "[a]ny . . . indictment charging an individual with the commission of an offense shall be filed within thirty days from the date on which such individual was arrested . . . in connection with such charges." 18 U.S.C. § 3161(b).

2. Section 3162(a)(1) sets forth the sanction for violations of § 3161(b):

> If, in the case of any individual against whom a complaint is filed charging such individual with an offense, no indictment . . . is filed within the time limit required by section 3161(b) . . . such charge against that individual contained in such complaint shall be dismissed or otherwise dropped.

18 U.S.C. § 3162(a)(1).

3. Mr. Owens has been in the custody of the United States Marshals Service since June 25, 2026. (See Arrest Warrant Return, ECF No. 6, PageID 13.) That same date, the government filed a complaint alleging escape from the custody of an institution, in violation of 18

U.S.C. § 751(a). (See Complaint, ECF No. 1, PageID 1; Affidavit in Support of Complaint, ECF No. 1-1, PageID 2-3.)

4. It has been more than thirty days since Mr. Owens' arrest and since the government filed its complaint. This is a violation of the Speedy Trial Act. Mr. Owens, therefore, respectfully requests this Court to dismiss the complaint against him.

WHEREFORE, Mr. Owens respectfully requests the Court dismiss the complaint against him with prejudice.

s/ JESSICA J. COTTON
Assistant Federal Defender
200 Jefferson Avenue, Suite 200
Memphis, TN 38103
(901) 544-3895

CERTIFICATE OF SERVICE

This is to certify that a true copy of the foregoing motion has been forwarded by electronic means via the Court's electronic filing system to Mr. J. William Crow, Assistant U.S. Attorney, 167 N. Main, Suite 800, Memphis, TN 38103, this 27 day of July, 2026.

s/ JESSICA COTTON
Assistant Federal Defender