**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 2:26-cr-20114-TLP |
| v. | ) | |
| | ) | |
| DARRELL OWENS, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER GRANTING DEFENDANT'S MOTION TO DISMISS

Defendant moves for dismissal of the criminal complaint under the Speedy Trial Act. (ECF No. 13.) In its response, the Government does not oppose the Motion but asks that the dismissal be *without* prejudice. (ECF No. 14.) The Court, having reviewed Defendant's Motion and the Government's Response, finds that the Motion is well taken. But the Government's response persuades the Court that the dismissal should be without prejudice. The record lacks any evidence of bad faith by the Government or that it is seeking to gain an advantage from the delay. The Government plans to pursue the charges. But the factual background of this escape is unusual and the Government needed longer that 30 days to prepare the case for indictment. The escape charges are serious. Because Defendant was already in federal custody, he has suffered no prejudice from the delay here.

The Court therefore **GRANTS** Defendant's Motion to Dismiss. But the dismissal is without prejudice.

Now therefore it is ordered, adjudged, and decreed that the Complaint against the Defendant is dismissed without prejudice.

**SO ORDERED**, this 29th day of July, 2026.

s/Thomas L. Parker
THOMAS L. PARKER
UNITED STATES DISTRICT JUDGE